IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**CSX TRANSPORTATION, INC.**                                        **PLAINTIFF**

      **v.**                 Civil No. 09-02038

**EVEREST RAILCAR SERVICES, INC.**                          **DEFENDANT**

### ORDER

NOW on this 23rd day of February 2010, comes on for consideration the **Joint Stipulation of Dismissal**, filed by the parties on February 22, 2010 (document #20). The Court, being well and sufficiently advised, finds that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff's complaint is **dismissed with prejudice** with respect to all claims against Defendant. Each party shall bear its own costs as herein incurred.

    **IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**